## MOTION FOR CONTINUANCE

The defendant Ryan Anderson is scheduled to appear for trial in U.S. District Court, for the District of Columbia, on December 21, 2005, facing a charge of demonstrating without a permit after being arrested on the White House sidewalk, near Pennsylvania Avenue, on September 26, 2005. As the defendant is ill, he is requesting a continuance until Wednesday, January 18, 2005. It is expected that the continuance will be approved, as this is the first court appearance, and a notice of a new court date will be sent by mail.

FILED

DEC 28 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ryan Anderson